

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00451-CV

**In the Interest of M.S., a Child**

NO. 2014-02671J IN THE 314TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $6.00 | 09/15/2015 | UNKNOWN | UNK |
| SUPP RPT RECORD | $32.00 | 07/15/2015 | PAID | STA |
| MT FEE | $10.00 | 06/30/2015 | INDIGENT | ANT |
| CLK RECORD | $69.00 | 06/11/2015 | UNKNOWN | ANT |
| RPT RECORD | $56.00 | 05/24/2015 | INDIGENT | STA |
| RPT RECORD | $399.00 | 05/21/2015 | INDIGENT | STA |
| FILING | $195.00 | 05/14/2015 | INDIGENT | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $767.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this December 11, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**